| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CMQ | 050563 | K686XX | | 0000401751 | 1 |
| | | Employee ID 6593538 | | | |

# Earnings Statement

ADP

Period Beginning: 09/24/2021
Period Ending:   09/30/2021
Pay Date:        10/07/2021

SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

SHARON  S  MAYES
4835 LOST COLONY CT
STONE MOUNTAIN GA 30088-3523

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.7500 | 40.00 | 590.00 | 5,946.77 |
| Overtime | 22.1250 | 2.37 | 52.44 | 458.22 |
| Spot Bonus | | | 500.00 | 2,000.00 |
| Holiday N | | | | 118.00 |
| Travel Allownce | | | | 15.00 |
| **Gross Pay** | | | **$1,142.44** | 8,537.99 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 42.37 | |
| Hs Sick | | 3.68 |
| Hs Vac Unvested | | 18.48 |
| FLSA Non-Exempt | | |

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

**Additional Tax Withholding Information**
Taxable Marital Status:
GA:                Single
Exemptions/Allowances:
GA:                1

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -152.41 | 826.20 |
| | Social Security Tax | -70.84 | 529.36 |
| | Medicare Tax | -16.56 | 123.80 |
| | GA State Income Tax | -53.64 | 350.13 |
| | **Other** | | |
| | 401K Pre Basic | -11.42* | 58.98 |
| | **Net Pay** | **$837.57** | |
| | Netpay-Checking | -837.57 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,131.02

© 2000 ADP, LLC



SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number:   00000401751
Pay date:        10/07/2021

Deposited to the account of
SHARON S MAYES

| account number | transit ABA | amount |
|---|---|---|
| xxx9237 | xxxx xxxx | $837.57 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CMQ | 050563 | K686XX | | 0000411550 | 1 |

Employee ID 6593538

# Earnings Statement 

SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 10/01/2021
Period Ending: 10/07/2021
Pay Date: 10/14/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
   Federal: Standard Withholding Table

SHARON S MAYES
4835 LOST COLONY CT
STONE MOUNTAIN GA 30088-3523

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.7500 | 40.00 | 590.00 | 6,536.77 |
| Overtime | 22.1250 | 1.87 | 41.37 | 499.59 |
| Holiday N | | | | 118.00 |
| Spot Bonus | | | | 2,000.00 |
| Travel Allownce | | | | 15.00 |
| **Gross Pay** | | | **$631.37** | 9,169.36 |

Your federal taxable wages this period are $602.47

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 41.87 | |
| Hs Sick | | 4.02 |
| Hs Vac Unvested | | 20.08 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

**Additional Tax Withholding Information**
Taxable Marital Status:
   GA: Single
Exemptions/Allowances:
   GA: 1

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -39.48 | 865.68 |
| | Social Security Tax | -37.74 | 567.10 |
| | Medicare Tax | -8.83 | 132.63 |
| | GA State Income Tax | -23.25 | 373.38 |
| | **Other** | | |
| | Accident Voltry | -0.93 | 0.93 |
| | Carefirst Ppo | -18.87* | 18.87 |
| | Critical Illnes | -1.98 | 1.98 |
| | Hospital Indem | -2.43 | 2.43 |
| | Hourly Std | -1.20 | 1.20 |
| | Metlife Dental | -3.18* | 3.18 |
| | Vision Plan | -0.54* | 0.54 |
| | 401K Pre Basic | -6.31* | 65.29 |
| | **Net Pay** | **$486.63** | |
| | Netpay-Checking | -486.63 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

---



SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number: 00000411550
Pay date: 10/14/2021

Deposited to the account of
SHARON S MAYES

| account number | transit ABA | amount |
|---|---|---|
| xxx9237 | xxxx xxxx | $486.63 |



THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| CMQ | 050563 | K686XX | | 0000421370 | 1 |
| | | Employee ID 6593538 | | | |

# Earnings Statement 

SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning: 10/08/2021
Period Ending: 10/14/2021
Pay Date: 10/21/2021

SHARON S MAYES
4835 LOST COLONY CT
STONE MOUNTAIN GA 30088-3523

Filing Status: Single/Married filing separately
Exemptions/Allowances:
Federal: Standard Withholding Table

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.7500 | 39.88 | 588.23 | 7,125.00 |
| Overtime | | | | 499.59 |
| Holiday N | | | | 118.00 |
| Spot Bonus | | | | 2,000.00 |
| Travel Allownce | | | | 15.00 |
| **Gross Pay** | | | **$588.23** | 9,757.59 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -30.74 | 896.42 |
| Social Security Tax | -33.20 | 600.30 |
| Medicare Tax | -7.76 | 140.39 |
| GA State Income Tax | -19.06 | 392.44 |

**Other**

| | this period | year to date |
|---|---|---|
| Accident Voltry | -2.15 | 3.08 |
| Carefirst Ppo | -44.02* | 62.89 |
| Critical Illnes | -4.64 | 6.62 |
| Hospital Indem | -5.68 | 8.11 |
| Hourly Std | -2.80 | 4.00 |
| Metlife Dental | -7.44* | 10.62 |
| Vision Plan | -1.27* | 1.81 |
| 401K Pre Basic | -5.88* | 71.17 |
| **Net Pay** | **$423.59** | |
| Netpay-Checking | -423.59 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $529.62

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 39.88 | |
| Hs Sick | | 4.32 |
| Hs Vac Unvested | | 21.62 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

**Additional Tax Withholding Information**
Taxable Marital Status:
GA: Single
Exemptions/Allowances:
GA: 1

* Excluded from federal taxable wages

© 2000 ADP, LLC

---



SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number: 00000421370
Pay date: 10/21/2021

Deposited to the account of
SHARON S MAYES

| account number | transit ABA | amount |
|---|---|---|
| xxx9237 | xxxx xxxx | $423.59 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**



**Earnings Statement** 

SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Period Beginning:  10/15/2021
Period Ending:     10/21/2021
Pay Date:          10/28/2021

Filing Status: Single/Married filing separately
Exemptions/Allowances:
  Federal: Standard Withholding Table

SHARON S MAYES
4835 LOST COLONY CT
STONE MOUNTAIN GA 30088-3523

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 40.00 | 600.00 | 7,725.00 |
| Overtime | 22.5000 | 1.60 | 36.00 | 535.59 |
| Holiday N | | | | 118.00 |
| Spot Bonus | | | | 2,000.00 |
| Travel Allownce | | | | 15.00 |
| **Gross Pay** | | | **$636.00** | 10,393.59 |

Your federal taxable wages this period are $576.91

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -36.42 | 932.84 |
| | Social Security Tax | -36.16 | 636.46 |
| | Medicare Tax | -8.46 | 148.85 |
| | GA State Income Tax | -21.78 | 414.22 |
| | **Other** | | |
| | Accident Voltry | -2.15 | 5.23 |
| | Carefirst Ppo | -44.02* | 106.91 |
| | Critical Illnes | -4.64 | 11.26 |
| | Hospital Indem | -5.68 | 13.79 |
| | Hourly Std | -2.85 | 6.85 |
| | Metlife Dental | -7.44* | 18.06 |
| | Vision Plan | -1.27* | 3.08 |
| | 401K Pre Basic | -6.36* | 77.53 |
| **Net Pay** | | **$458.77** | |
| Netpay-Checking | | -458.77 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Tot Work Hours | 41.60 | |
| Hs Sick | | 4.63 |
| Hs Vac Unvested | | 23.22 |

FLSA Non-Exempt

**Important Notes**
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

YOUR HOURLY RATE HAS BEEN CHANGED FROM 14.7500 TO 15.0000.

**Additional Tax Withholding Information**
Taxable Marital Status:
  GA:            Single
Exemptions/Allowances:
  GA:            1

* Excluded from federal taxable wages

© 2000 ADP, LLC



SODEXO, INC. AND AFFILIATED COMPANIES
SODEXOMAGIC LEASED VIA SODEXO, INC.
9801 WASHINGTONIAN BLVD.
GAITHERSBURG, MD 20878

Advice number:   00000431417
Pay date:        10/28/2021

**Deposited to the account of**
SHARON S MAYES

| account number | transit ABA | amount |
|---|---|---|
| xxx9237 | xxxx xxxx | $458.77 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| 9MQ | 050563 | K686XX | | 0000441353 | 1 |
| | | | Employee ID 6593538 | | |

# Earnings Statement



Period Beginning: 10/22/2021  
Period Ending: 10/28/2021  
Pay Date: 11/04/2021



SODEXO, INC. AND AFFILIATED COMPANIES  
SODEXOMAGIC LEASED VIA SODEXO, INC.  
9801 WASHINGTONIAN BLVD.  
GAITHERSBURG, MD 20878

SHARON S MAYES  
4835 LOST COLONY CT  
STONE MOUNTAIN GA 30088-3523

Filing Status: Single/Married filing separately  
Exemptions/Allowances:  
  Federal: Standard Withholding Table

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 15.0000 | 29.02 | 435.30 | 8,160.30 |
| Spot Bonus | | | 1,000.00 | 3,000.00 |
| Overtime | | | | 535.59 |
| Holiday N | | | | 118.00 |
| Travel Allownce | | | | 15.00 |
| **Gross Pay** | | | **$1,435.30** | 11,828.89 |

Your federal taxable wages this period are $1,368.22

### Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Tot Work Hours | 29.02 | |
| Hs Sick | | 4.87 |
| Hs Vac Unvested | | 24.33 |
| FLSA Non-Exempt | | |

### Important Notes
SODEXO EMPLOYEE SERVICE CENTER: 877-729-7396

### Additional Tax Withholding Information
Taxable Marital Status:  
  GA: Single  
Exemptions/Allowances:  
  GA: 1

## Deductions

### Statutory
| | | |
|---|---|---|
| Federal Income Tax | -231.47 | 1,164.31 |
| Social Security Tax | -85.72 | 722.18 |
| Medicare Tax | -20.05 | 168.90 |
| GA State Income Tax | -67.29 | 481.51 |

### Other
| | | |
|---|---|---|
| Accident Voltry | -2.15 | 7.38 |
| Carefirst Ppo | -44.02* | 150.93 |
| Critical Illnes | -4.64 | 15.90 |
| Hospital Indem | -5.68 | 19.47 |
| Hourly Std | -2.84 | 9.69 |
| Metlife Dental | -7.44* | 25.50 |
| Vision Plan | -1.27* | 4.35 |
| 401K Pre Basic | -14.35* | 91.88 |
| **Net Pay** | **$948.38** | |
| Netpay-Checking | -948.38 | |
| **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



SODEXO, INC. AND AFFILIATED COMPANIES  
SODEXOMAGIC LEASED VIA SODEXO, INC.  
9801 WASHINGTONIAN BLVD.  
GAITHERSBURG, MD 20878

Advice number: 00000441353  
Pay date: 11/04/2021

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| SHARON S MAYES | xxx9237 | xxxx xxxx | $948.38 |



**NON-NEGOTIABLE**